IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STATE FARM AND CASUALTY COMPANY,<br><br>          Plaintiff,<br><br>   v.<br><br>BRIGHTON EXTERIORS, INC., et al.<br><br>          Defendants. | CIVIL ACTION<br>NO. 17-3905 |

## ORDER

**AND NOW**, this 20th day of August 2018, upon consideration of Defendant D.R. Horton's Motion to Transfer Venue (Doc. No. 7), Plaintiff's Response in Opposition to Motion to Transfer Venue (Doc. No. 9), Defendant Brighton's Supplemental Memorandum of Law in Support of Joinder in Motion to Transfer Venue (Doc. No. 31), Plaintiff's Supplemental Response in Opposition to Defendant D.R. Horton's Motion to Transfer Venue (Doc. No. 32), Defendant D.R. Horton's Supplemental Brief in Support of Motion to Transfer Venue (Doc. No. 33), the arguments of counsel at the hearing held on January 10, 2018 (Doc. No. 21) and in accordance with the Opinion issued this day, it is **ORDERED** that the Motion to Transfer Venue (Doc. No. 7) is **DENIED**.

                                                                                         BY THE COURT:


                                                                      /s/ Joel H. Slomsky, J.
                                                                      JOEL H. SLOMSKY, J.